```
                          FILED
                 CLERK, U.S. DISTRICT COURT

                        JUN 23 2016

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RANDY ROBERT LOPEZ, | )<br>) |
|     Petitioner, | ) Case No. EDCV 14-1436 CAS (AJW)<br>) |
| v. | )<br>) ORDER ACCEPTING REPORT AND |
| MICHAEL F. MARTEL, WARDEN, | ) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
|     Respondent. | )<br>) |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

Dated:    JUN 22 2016

*Christina A. Snyder* (signature)
Christina A. Snyder
United States District Judge