FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RANDY ROBERT LOPEZ, | Case No. EDCV 14-1436-CAS(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL F. MARTEL, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: JUN 22 2016

Christina A. Snyder
United States District Judge